JS-4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL TORRES, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; and CARMAX BUSINESS SERVICES, LLC dba CARMAX AUTO FINANCE, a foreign limited liability company,<br><br>Defendants. | Case No: 5:19-cv-01057 RGK (SHKx)<br><br>*Assigned to*: Hon. R. Gary Klausner<br>*Referred to*: Hon. Shashi H. Kewalramani<br><br>[PROPOSED] ORDER TO DISMISS EQUIFAX INFORMATION SERVICES, LLC |

Based upon a review of the Stipulation by plaintiff Misael Torres, Jr. ("Plaintiff") and defendant Equifax Information Services, LLC ("Equifax") to dismiss Equifax pursuant to Federal Rule of Civil Procedure 41, Equifax shall be dismissed with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: 01.09.20

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER TO DISMISS CARMAX BUSINESS SERVICES, LLC